| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Eddy, Cynthia R. | 2. Court or Organization<br><br>U.S. District Court for the Western District of Pennsylvania | 3. Date of Report<br><br>09/05/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (Full Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination          Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐     Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

7. Chambers or Office Address

U.S. District Court for the Western District of Pennsylvania
700 Grant Street
Suite 1060
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 09/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Lawyer Self-Employed Net income from form 1040 Schedule C |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Justice Center (Judiciary) | 4/10/2016 - 4/13/2016 | Charleston, SC | FJC Eductation Seminar | Registration, food and lodging (1,697) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dollar Bank | A | Interest | J | T | | | | | |
| 2. PNC Bank | A | Interest | J | T | | | | | |
| 3. UBS Fianancial IRA Account | | | | | | | | | |
| 4. -American Funds Euro Pacific | A | Int./Div. | K | T | | | | | |
| 5. -American Funds Wash Mutual | | | | | Sold | 01/20/16 | K | A | |
| 6. -Artisan Mid Cap Value Fund | A | Int./Div. | K | T | | | | | |
| 7. -Baron Growth Fund Stocks | C | Int./Div. | K | T | | | | | |
| 8. -Blackrock Equity Dividend | D | Int./Div. | L | T | | | | | |
| 9. -Blackrock Capital Appreciation | C | Int./Div. | L | T | | | | | |
| 10. -Center Coast MLP Focus Fund | B | Int./Div. | K | T | | | | | |
| 11. -Eagle Mid Cap Growth Fund Stocks | A | Int./Div. | K | T | | | | | |
| 12. -Lululemon Athletica Inc | A | Int./Div. | J | T | | | | | |
| 13. -Oppenheimer Senior Floating Rate Fund | C | Int./Div. | L | T | | | | | |
| 14. -Pimco Low Duration Fund | | | | | Sold | 01/20/16 | K | A | |
| 15. -Pimco Real Return Fund | | | | | Sold | 01/20/16 | K | A | |
| 16. -Pimco Total Return Fund | | | | | Sold | 01/20/16 | L | A | |
| 17. -Royce Special Equity Fund | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Advisor Floating Rate | B | Int./Div. | L | T | | | | | |
| 19. -Oppenheimer Developing Markets Class Y (X) | A | Int./Div. | K | T | Buy | 01/20/16 | K | | |
| 20. -Pimco Income Fund Class P (X) | C | Int./Div. | L | T | Buy | 01/20/16 | L | | |
| 21. -JP Morgan Chase Bank NA (X) | A | Int./Div. | K | T | Buy | 01/20/16 | K | | |
| 22. UBS Financial IRA Account | | | | | | | | | |
| 23. -American Funds Euro Pacific | A | Int./Div. | | | Sold | 01/20/16 | K | B | |
| 24. -American Funds Washington Mutual Investors | A | Int./Div. | | | Sold | 01/20/16 | K | D | |
| 25. -Artisan Mid Cap Value | A | Int./Div. | | | Sold | 01/20/16 | K | A | |
| 26. -Baron Growth Fund | A | Int./Div. | | | Sold | 01/20/16 | K | B | |
| 27. -Blackrock Capital Appreciation | A | Int./Div. | | | Sold | 01/20/16 | L | A | |
| 28. -Eagle Mid Cap Growth Fund | A | Int./Div. | | | Sold | 01/20/16 | K | C | |
| 29. -Franklin Utilities | A | Int./Div. | | | Sold | 01/20/16 | J | A | |
| 30. -Oppenheimer Developing Marktes | A | Int./Div. | | | Sold | 01/20/16 | K | A | |
| 31. -Royce Special Equity | A | Int./Div. | | | Sold | 01/20/16 | K | A | |
| 32. -Fidelity Advisor Floating Rate | A | Int./Div. | | | Sold | 01/20/16 | K | A | |
| 33. -Oppenheimer Senior Floating Rate | A | Int./Div. | | | Sold | 01/20/16 | L | A | |
| 34. -Pimco Low Duration | A | Int./Div. | | | Sold | 01/20/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Pimco Total Return | A | Int./Div. | | | Sold | 01/20/16 | L | A | |
| 36. -Vanguard Md-Cp Gw Idx Ad (X) | A | Int./Div. | K | T | Buy | 01/20/16 | K | | |
| 37. -Vanguard Mid-Cap Value Index Adm (X) | A | Int./Div. | K | T | Buy | 01/20/16 | K | | |
| 38. -Vanguard Growth Index Fund Admiral (X) | A | Int./Div. | L | T | Buy | 01/20/16 | K | | |
| 39. -Vanguard Emerging Markets Stock Index Fund Admiral (X) | A | Int./Div. | K | T | Buy | 01/21/16 | K | | |
| 40. -Vanguard Developed Markets Index Fund Class Admiral (X) | B | Int./Div. | K | T | Buy | 01/20/16 | K | | |
| 41. -Vangurad Value Index Fund Admiral (X) | B | Int./Div. | L | T | Buy | 01/20/16 | K | | |
| 42. -Vanguard Samll Cap Index Fund Admiral (X) | A | Int./Div. | K | T | Buy | 01/20/16 | K | | |
| 43. -Vanguard Short-Term Corp Bd Idx Admiral (X) | B | Int./Div. | L | T | Buy | 01/21/16 | L | | |
| 44. -Vanguard Interm-Term Bd Idx Adm Shs (X) | B | Int./Div. | L | T | Buy | 01/20/16 | L | | |
| 45. -Vanguard High Yield Corporate Fund Admiral (X) | C | Int./Div. | L | T | Buy | 01/20/16 | L | | |
| 46. -JP Morgan Chase Bank MLCD Fixed Income Structure | | | | | Sold | 01/20/16 | K | A | |
| 47. -UBS Bank Dep Acct Cash and Money Balances | A | Int./Div. | M | T | | | | | |
| 48. -Ford Motor Co Stock | A | Int./Div. | J | T | | | | | |
| 49. -Alpine Income Muni | | | | | Sold | 01/20/16 | J | A | |
| 50. -Blackrock ST Muni Fund | | | | | Sold | 01/20/16 | J | A | |
| 51. -Invesco Limited Term Muni Income | | | | | Sold | 01/20/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UBS Financial Resource Mgmt Acct | | | | | | | | | |
| 53. -UBS Bank Dep Acct Cash and Money Balances | A | Int./Div. | K | T | | | | | |
| 54. -American Funds Europacific | A | Int./Div. | J | T | | | | | |
| 55. -Artisan Mid Cap Value | | | | | Sold | 01/20/16 | J | A | |
| 56. -Baron Growth Fund | | | | | Sold | 01/20/16 | J | A | |
| 57. -Blackrock Equity | A | Int./Div. | J | T | | | | | |
| 58. -Blackrock Capital Appreciation | A | Int./Div. | J | T | | | | | |
| 59. -Center Coast Mlp Focus | | | | | Sold | 01/20/16 | J | A | |
| 60. -Eagle Mid Cap Growth | | | J | T | | | | | |
| 61. -Franklin Utilities | A | Int./Div. | J | T | | | | | |
| 62. -Oppenheimer Developing Markets | A | Int./Div. | J | T | | | | | |
| 63. -Royce Special Equity | A | Int./Div. | J | T | | | | | |
| 64. -Alpine Ultra Short Tax Mutual Fund | A | Int./Div. | J | T | | | | | |
| 65. -Blackrock ST Municipal Fund | A | Int./Div. | J | T | | | | | |
| 66. -Invesco Tax Free Intermediate Fund | A | Int./Div. | J | T | | | | | |
| 67. -Fidelity Advisor Floating Rate | | | | | Sold | 01/20/16 | J | A | |
| 68. -Pimco Income Fund | | | | | Sold | 01/20/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 09/05/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia R. Eddy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544